FILED
July 24, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CM16104911

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

RICHARD LAWRENCE ANTOGNINI
JANICE ILENE HALL
Debtors

Case No. 09-23711

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

JAN P. JOHNSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/03/2009.

2) The plan was confirmed on .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 04/17/2009.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $    64,588.44.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case may not have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

## Receipts:

    Total paid by or on behalf of the debtor      $0.00
    Less amount refunded to debtor      $0.00

**NET RECEIPTS:**      **$0.00**

## Expenses of Administration:

    Attorney's Fees Paid Through the Plan      $0.00
    Court Costs      $0.00
    Trustee Expenses & Compensation      $0.00
    Other      $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**      **$0.00**

Attorney fees paid and disclosed by debtor:      $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIM CENTER 111 | Unsecured | 1,308.98 | NA | NA | 0.00 | 0.00 |
| AMERICAN ASSET RECOVERY INC | Unsecured | 553.66 | NA | NA | 0.00 | 0.00 |
| APPLIED CARD BANK | Unsecured | 3,822.30 | NA | NA | 0.00 | 0.00 |
| ATTORNEYS RELIABLE MANAGEME | Unsecured | 676.77 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL FINANCE | Unsecured | 11,233.80 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL FINANCE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL GI CONSULTANTS MEDICAL | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 7,315.82 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,189.29 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,168.53 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| CEREBUS PROTECTION SERVICES IN | Unsecured | 260.56 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | OTHER | NA | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS--CUSTOMER C | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU ASSOCIATES | Unsecured | 804.58 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC PATHOLOGY MEDICAL | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC PATHOLOGY MEDICAL | OTHER | NA | NA | NA | 0.00 | 0.00 |
| ESQUIRE DEPOSITION SERVICES | OTHER | NA | NA | NA | 0.00 | 0.00 |
| ESQUIRE DEPOSITION SERVICES LLC | Unsecured | 1,604.25 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | OTHER | NA | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | OTHER | NA | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | OTHER | NA | NA | NA | 0.00 | 0.00 |
| FRESNO CREDIT BUREAU | Unsecured | 303.01 | NA | NA | 0.00 | 0.00 |
| HEALTHNET | Unsecured | 93.33 | NA | NA | 0.00 | 0.00 |
| HEALTHNET | Unsecured | 446.10 | NA | NA | 0.00 | 0.00 |
| HFC | Unsecured | 4,859.00 | NA | NA | 0.00 | 0.00 |
| HFC | Unsecured | 9,035.34 | NA | NA | 0.00 | 0.00 |
| HFC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Secured | 9,540.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC CARD SERVICES | OTHER | NA | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | OTHER | NA | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Unsecured | 757.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 16,333.27 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 80,702.20 | NA | NA | 0.00 | 0.00 |
| LUANNE L SIMMONS ESQ | Unsecured | 4,170.00 | NA | NA | 0.00 | 0.00 |
| MARC SILVERSTEIN SHEILA M | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| MARTIN ROSS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ROY HARRIS M D | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| STATE OF CALIFORNIA DEPARTMEN | Unsecured | 4,912.00 | NA | NA | 0.00 | 0.00 |
| SUTTER MEDICAL FOUNDATION | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| THOMPSON-WEST INC | Unsecured | 8,349.00 | NA | NA | 0.00 | 0.00 |
| THOMPSON-WEST INC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| THOMPSON-WEST INC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| U S ATTORNEY GENERAL | OTHER | NA | NA | NA | 0.00 | 0.00 |
| US ATTORNEY GENERAL | OTHER | NA | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 35,021.70 | NA | NA | 0.00 | 0.00 |
| WACHOVIA MORTGAGE FSB | Secured | 509,095.68 | NA | NA | 0.00 | 0.00 |
| WACHOVIA MORTGAGE FSB | Secured | 74,580.00 | NA | NA | 0.00 | 0.00 |
| WACHOVIA MORTGAGE FSB | Secured | NA | 100.55 | 100.55 | 0.00 | 0.00 |
| WORLD SAVINGS | OTHER | NA | NA | NA | 0.00 | 0.00 |
| WORLD SAVINGS BANK WACHOVIA | OTHER | NA | NA | NA | 0.00 | 0.00 |
| WORLD SAVINGS WACHOVIA WELLL | OTHER | NA | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $100.55 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$100.55** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/24/2009     By: /s/ JAN P. JOHNSON
                                           Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)