SCOTT A. COBEN AND ASSOCIATES
Scott A. CoBen - State Bar No. 155160
Talvinder S. Bambhra - State Bar No. 230907
1214 F Street
Sacramento, California 95814
Telephone: (916) 492-9010

Attorney for Debtor, RICHARD ANTOGNINI and JANICE HALL

FILED
October 09, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002146189

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:  Case No. 09-23711

RICHARD ANTOGNINI
and JANICE HALL,

    Debtor.
_____/

**EX PARTE APPLICATION TO REOPEN CASE**

Comes now Debtor and move the Court for an order authorizing Debtor to reopen the case so that he can file his Post-petition Debtor Education certificate.

WHEREFORE, Debtor respectfully request an order granting this ex parte application to reopen the case.

Respectfully Submitted,

Dated: September 30, 2009        SCOTT A. COBEN & ASSOCIATES

                                    BY:  /s/ Talvinder S. Bambhra
                                           SCOTT A. COBEN
                                           TALVINDER S. BAMBHRA
                                           Attorney for Debtor
                                           Richard Antognini & Janice Hall