

**FILED**

**10/13/09**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## OFFICE OF THE CLERK

### MEMORANDUM RE: DOCUMENTS FILED IN A CLOSED CASE

TO:       FILING PARTY/PARTY'S ATTORNEY

DATE:     10/13/09

IN RE:    Richard Lawrence Antognini et al.

CASE NO.  2009-23711

The above-entitled case was closed on _____8/12/09_____. Please be advised that the document(s) subsequently filed by you (copies attached) have been docketed and placed in the case file. However, before the court will calendar this matter or take any action with respect to the relief requested in these documents, the case must be reopened.

To reopen the case, see Local Bankruptcy Rule 5010-1. Additionally, payment of a filing fee may be required to reopen the case. See attached *Bankruptcy Court Fee Schedule*.

FOR THE COURT
RICHARD G. HELTZEL, CLERK
U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

By: _____
Deputy Clerk

Mark D. Swim

Attachment
cc:    Case File

EDC.004-475 (Rev. 1/30/06)

# BANKRUPTCY COURT MISCELLANEOUS FEE SCHEDULE (28 U.S.C. § 1930)

## Effective October 1, 2008
*Revised December 22, 2008* [1]

The fees included in the Bankruptcy Court Miscellaneous Fee Schedule are to be charged for services provided by the bankruptcy courts.

- The United States should not be charged fees under this schedule, with the exception of those specifically prescribed in Items 1, 3 and 5 when the information requested is available through remote electronic access.

- Federal agencies or programs that are funded from judiciary appropriations (agencies, organizations, and individuals providing services authorized by the Criminal Justice Act, 18 U.S.C. § 3006A, and bankruptcy administrators) should not be charged any fees under this schedule.

(1)  For reproducing any document, $.50 per page. This fee applies to services rendered on behalf of the United States if the document requested is available through electronic access.

(2)  For certification of any document, $9. For exemplification of any document, $18.

(3)  For reproduction of an audio recording of a court proceeding, $26. This fee applies to services rendered on behalf of the United States if the recording is available electronically

(4)  For filing an amendment to the debtor's schedules, lists of creditors, or mailing list, $26, except:

- The bankruptcy judge may, for good cause, waive the charge in any case.

- This fee must not be charged if -

    - the amendment is to change the address of a creditor or an attorney for a creditor listed on the schedules; or
    - the amendment is to add the name and address of an attorney for a creditor listed on the schedules.

(5)  For conducting a search of the bankruptcy court records, $26 per name or item searched. This fee applies to services rendered on behalf of the United States if the information requested is available through electronic access.

(6)  For filing a complaint, $250, except:

- If the trustee or debtor-in-possession files the complaint, the fee should be paid by the estate, if there is an estate.

- This fee must not be charged if -

    - the debtor is the plaintiff; or
    - a child support creditor or representative files the complaint and submits the form required by § 304(g) of the Bankruptcy Reform Act of 1994.

---

[1]  Revised to correct statutory reference in item 15 from 28 U.S.C. §1930(a)(4) to 28 U.S.C. §1930(a)(3).

(7)     For filing any document that is not related to a pending case or proceeding, $39.

(8)     Administrative fee for filing a case under Title 11 or when a motion to divide a joint case under Title 11 is filed, $39.

(9)     For payment to trustees pursuant to 11 U.S.C. § 330(b)(2), a $15 fee applies in the following circumstances:

- For filing a petition under Chapter 7.
- For filing a motion to reopen a Chapter 7 case.
- For filing a motion to divide a joint Chapter 7 case.
- For filing a motion to convert a case to a Chapter 7 case.
- For filing a notice of conversion to a Chapter 7.

(10)    In addition to any fees imposed under Item 9, above, the following fees must be collected:

- For filing a motion to convert a Chapter 12 case to a Chapter 7 case or a notice of conversion pursuant to 11 U.S.C. § 1208(a), $45.
- For filing a motion to convert a Chapter 13 case to a Chapter 7 case or a notice of conversion pursuant to 11 U.S.C. § 1307(a), $10.

The fee amounts in this item are derived from the fees prescribed in 28 U.S.C. § 1930(a).

If the trustee files the motion to convert, the fee is payable only from the estate that exists prior to conversion.

If the filing fee for the chapter to which the case is requested to be converted is less than the fee paid at the commencement of the case, no refund may be provided.

(11)    For filing a motion to reopen, the following fees apply:

- For filing a motion to reopen a Chapter 7 case, $245.
- For filing a motion to reopen a Chapter 9 case, $1000.
- For filing a motion to reopen a Chapter 11 case, $1000.
- For filing a motion to reopen a Chapter 12 case, $200.
- For filing a motion to reopen a Chapter 13 case, $235.
- For filing a motion to reopen a Chapter 15 case, $1000.

The fee amounts in this item are derived from the fees prescribed in 28 U.S.C. § 1930(a).

The reopening fee must be charged when a case has been closed without a discharge being entered.

The court may waive this fee under appropriate circumstances or may defer payment of the fee from trustees pending discovery of additional assets. If payment is deferred, the fee should be waived if no additional assets are discovered.

The reopening fee must not be charged in the following situations:

- to permit a party to file a complaint to obtain a determination under Rule 4007(b); or
- when a debtor files a motion to reopen a case based upon an alleged violation of the terms of the discharge under 11 U.S.C. § 524.

(12)    For retrieval of a record from a Federal Records Center, National Archives, or other storage location removed from the place of business of the court, $45.

(13)    For a check paid into the court which is returned for lack of funds, $45.

(14)    For filing an appeal or cross appeal from a final judgment, $250.

This fee is collected in addition to the statutory fee of $5 that is collected under 28 U.S.C. § 1930(c) when a notice of appeal is filed.

Parties filing a joint notice of appeal should pay only one fee.

If a trustee or debtor in possession is the appellant, the fee must be payable only from the estate and to the extent there is any estate realized.

Upon notice from the court of appeals that a direct appeal or direct cross appeal has been authorized, an additional fee of $200 must be collected.

(15)    For filing a case under Chapter 15 of the Bankruptcy Code, $1000.

This fee is derived from and equal to the fee prescribed in 28 U.S.C. § 1930(a)(3) for filing a case commenced under Chapter 11 of Title 11.

(16)    The court may charge and collect fees commensurate with the cost of providing copies of the local rules of court. The court may also distribute copies of the local rules without charge.

(17)    The clerk shall assess a charge for the handling of registry funds deposited with the court, to be assessed from interest earnings and in accordance with the detailed fee schedule issued by the Director of the Administrative Office of the United States Courts.

(18)    For filing a motion to divide a joint case filed under 11 U.S.C. § 302, the following fees apply:

•        For filing a motion to divide a joint Chapter 7 case, $245.
•        For filing a motion to divide a joint Chapter 11 case, $1000.
•        For filing a motion to divide a joint Chapter 12 case, $200.
•        For filing a motion to divide a joint Chapter 13 case, $235.

These fees are derived from and equal to the filing fees prescribed in 28 U.S.C. § 1930(a).

(19)    For filing the following motions, $150:

•        To terminate, annul, modify or condition the automatic stay;
•        To compel abandonment of property of the estate pursuant to Rule 6007(b) of the Federal Rules of Bankruptcy Procedure; or
•        To withdraw the reference of a case or proceeding under 28 U.S.C. § 157(d).

This fee must not be collected in the following situations:

•        For a motion for relief from the co-debtor stay;
•        For a stipulation for court approval of an agreement for relief from a stay; or
•        For a motion filed by a child support creditor or its representative, if the form required by § 304(g) of the Bankruptcy Reform Act of 1994 is filed.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re )

RICHARD ANTOGNINI and JANICE HALL )

)   Case No.  09-23711

)

_____Debtor(s)._____ )   **AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:

☐ Petition                                           ☐ Statement of Financial Affairs
☐ Creditor Matrix                                ☐ Statement of Intention
☐ List of 20 Largest Unsecured Creditors   ☐ List of Equity Security Holders
☒ Schedules (check appropriate boxes). *See Instruction #4 below.*
   ☐ A  ☐ B  ☐ C  ☐ D  ☐ E  ☒ F  ☐ G  ☐ H  ☐ I  ☐ J
☒ Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
   ***REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.***

Purpose of amendment (check one):

☒ To add pre-petition creditors, delete creditors, change amounts owed or classification of debt (**$26.00 fee required,**
   provided the judge may, for good cause, waive the charge in any case.)  NOTE: Lists, schedules and
   statements that add or change creditors <u>must</u> be accompanied by an amended matrix listing only the creditors added
   or changed.

☐ No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

<u>NOTICE OF AMENDMENT TO AFFECTED PARTIES</u>

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked
above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with
a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one
has been issued), and any other document affecting the rights of the added creditors. (**NOTE:** Proof of service, indicating that
service has been made, must be filed with the Court.)

Dated: *10/7/09*          Attorney's [or *Pro Se* Debtor's] Signature: _____
                                      Printed Name:   Talvinder S. Bambhra
                                      Mailing Address :  1214 F St.
                                                              Sacramento, CA 95814

<u>DECLARATION BY DEBTOR</u>

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s)
attached hereto, consisting of ____ pages, is true and correct to the best of my(our) information and belief.

Dated:                                                      Dated:

_____            _____
Debtor's Signature                                     Joint Debtor's Signature

**INSTRUCTIONS**

1.  Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. *Do not use an amendment cover sheet
    when submitting amended plans or amendments to plans.*
2.  Include the word "Amended" in the title of each amended document.
3.  Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be
    accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4.  Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right
    of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on
    amended schedules may result in duplicate or multiple listings on master mailing lists.**
5.  Amendments which add or change creditors must be accompanied by a separately filed <u>amended matrix</u> containing ONLY
    the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6.  When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix,
    and a <u>text</u> file containing the creditors in the standard master address list format. These two files <u>must</u> be uploaded together.
7.  Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected
    thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney
    or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices
    including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has
    been made, must be filed with the court.
8.  Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." (**NOTE: No personal checks will be accepted.**)

EDC 2-015 (Rev. 7/09)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re *Richard Lawrence Antognini and Janice Ilene Hall*   Case No. *09-23711-B-13J*
                      Chapter 7

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 408,000.00 | | |
| B-Personal Property | Yes | 3 | $ 17,500.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 518,700.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 97,333.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 113,322.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 11,607.03 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 12,779.11 |
| TOTAL | | 13 | $ 425,500.00 | $ 729,355.00 | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re *Richard Lawrence Antognini and Janice Ilene Hall*

Case No. *09-23711-B-13J*
Chapter  7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 97,333.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 35,040.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 132,373.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 11,607.03 |
| Average Expenses (from Schedule J, Line 18) | $ 12,779.11 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 9,871.26 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 108,200.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 16,333.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 81,000.00 |
| 4. Total from Schedule F | | $ 113,322.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 302,522.00 |

In re <u>Richard Lawrence Antognini and Janice Ilene Hall</u>       ,       Case No. <u>09-23711-B-13J</u>
Debtor(s)                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 1<br>Legalink<br>Attn: Bankruptcy/Manager<br>File 70206<br>Los Angeles CA 90074 | C | | Services Rendered | | | | $ 900.00 |
| Account No:<br><br>Creditor # : 2<br>Sacramento Legal Video Center<br>Attn: Bankruptcy/Manager<br>3028 U Street<br>Sacramento CA 95817 | C | | Small Claims Suit | | | | $ 983.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

No continuation sheets attached

Subtotal $     $ 1,883.00

Total $     $ 1,883.00

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

*** 09-23711 ***

AIM Center 111
Attn  Bankruptcy Dept
745 S  Hwy 65
Lincoln  CA  95648

Applied Card Bank
Attn  Correspondance
P O  Box 17125
Wilmington  DE  19850-7125

Atty  Reliable Management
Attn  Bankruptcy Dept
P O  Box 898
Loomis  CA  95650

Beneficial
Attn  Bankruptcy Dept
P O  Box 1547
Chesapeake  VA  23327

Brian Keller  DPM
Attn  Bankruptcy Dept
1530 Third St  Ste 208
Lincoln  CA  95648

Capital GI Counsultants Med
Attn  Bankruptcy Dept
6555 Coyle Ave  Ste 330
Carmichael  CA  95608

Capital One
Attn  Bankruptcy Dept
P O  Box 85167
Richmond  VA  23285

Cerbus Protection Services  In
Attn  Bankruptcy Dept
6060 Sunrise Vista Dr  Ste 23
Citrus Heights  CA  95610

Cingular Wireless
Attn  Bankruptcy Dept
5407 Andrews Highway
Midland  TX  79706

Credit Bureau Associates
Attn  Bankruptcy Dept
P O  Box 150
Fairfield  CA  94533

Credit Management Services
Attn  Bankruptcy Dept
9525 Sweet Valley Dr
Valley View  OH  44125

Diagnostic Pathology Medical
Attn  Bankruptcy Dept
3301 C St    Ste 200E
Sacramento  CA  95816

Esquire Deposition Services
Attn  Bankruptcy Dept
520 Capital Mall  Ste 250
Sacramento  CA  95814

Fresno Credit Bureau
Attn  Bankrutpcy Dept
P O  Box 942
Fresno  CA  93714

Great Lakes Educational Loan
Attn  Bankruptcy Dept
2401 International Ln
Madison  WI  53704

Health Net
Attn  Bankruptcy Dept
P O  Box 907
Rancho Cordova  CA  95741-0907

HFC
Attn  Bankruptcy Dept
P O  Box 8633
Elmhurst  IL  60126

HSBC
Attn  Bankruptcy Dept
P O  Box 9068
Brandon  FL  33509-9068

HSBC Auto Finance
Attn  Bankruptcy Dept
P O  Box 17904
San Diego  CA  92177

Internal Revenue Service
P O  Box 21126
Philadelphia  PA  19114

Law Office of Joel Cardis  LLC
Attn  Bankruptcy Dept
2006 Swede Rd    Ste 100
Norristown  PA  19401

Legalink
Attn  Bankruptcy/Manager
File 70206
Los Angeles  CA  90074

LegaLink - A Merrill Company
Attn  Bankruptcy Dept
135 Main Street  4th FL
San Francisco  CA  94105

Luanne L  Simmons  Esq
Attn  Bankruptcy Dept
Two Embarcadero Center 28th FL
San Francisco  CA  94111-3823

Martin Ross
Attn  Bankruptcy Dept
2261 Market St  Ste 66
San Francisco  CA  94114

Monice Lawry  M D
Attn  Bankruptcy Dept
One Scripps Dr  Ste 300
Sacramento  CA  95825

Moss & Barnett  APC
Attn  Michael Edmund
70 South 7th St  Ste 4800
Minneapolis  MN  55402

Nelnet
Attn  Bankruptcy Dept
P O  Box 82561
Lincoln  NE  68501-2561

Quest Diagnostics
Attn  Billing/Bankruptcy
1290 Wall Street West
Lyndhurst  NJ  07071

Robert Aubuchon  DDS
Attn  Bankruptcy Dept
1455 Oliver Rd  Ste 120
Fairfield  CA  94534

Rosman Adjustment Corp
Attn  Bankruptcy Dept
P O  Box 1247
Northbrook  IL  60065

Roy Harris  M D
Attn  Bankruptcy Dept
3104 Sunset Blvd  Ste 2B
Rocklin  CA  95677

Sacramento Legal Video Center
Attn  Bankruptcy/Manager
3028 U Street
Sacramento  CA  95817

Stanislaus Credit Control Serv
Attn  Bankruptcy Dept
P O  Box 480
Modesto  CA  95353

State of California Department
of Developmental Services
P O  Box 944202
Sacramento  CA  94244-2020

Sutter Medical Foundation
Attn  Bankrutpcy Dept
P O  Box 255228
Sacramento  CA  95865-5228

Terry Duree  Esq
622 Jackson St
Fairfield  CA  94533

Thompson-West  Inc
Attn  Bankruptcy Dept
P O  Box 64833
Saint Paul  MN  55164-0833

United States Attorney
Attn  Bankruptcy Dept
501 I St    Ste 10-100
Sacramento  CA  95814

US Department of Education
Attn  Bankruptcy Section
50 Beale St    Ste 900
San Francisco  CA  94105-1863

Wachovia
Attn  Loan Services Cust Sup
P O  Bxo 659558
San Antonio  TX  78265